# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO.: 3:02CR189

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|        Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| AMARTI PLUNKETT, ) | |
|        Defendant. ) | |
| _____) | |

**THIS MATTER IS BEFORE THE COURT** on the Notice of Withdrawal of Motion to Withdraw Plea ("Notice of Withdrawal") filed by the defendant, Amarti Plunkett, by and through his attorney, Pete Anderson. In the Notice of Withdrawal, the defendant declares and explains his intention to withdraw his prior Motion to Withdraw Plea in this matter. In light of the information provided in the defendant's Notice of Withdrawal, the defendant's earlier Motion to Withdraw Plea is hereby **DENIED AS MOOT**.

**THEREFORE, IT IS HEREBY ORDERED** that the defendant's earlier Motion to Withdraw Plea is hereby **DENIED AS MOOT**.

**IT IS FURTHER ORDERED**, as indicated by the defendant in his Notice of Withdrawal, that this matter shall go forward to sentencing before the Honorable Graham C. Mullen, Chief United States District Judge, during the latter's June 2005 calendar.

The Court notes with appreciation the efforts of counsel to both parties–both Mr. Anderson on behalf of the defendant and Ms. Shappert on behalf of the government–to resolve this matter in a manner acceptable to all parties.

The Clerk is directed to send copies of this Order to Pete Anderson, counsel for the defendant, and Gretchen Shappert, counsel for the government, and to the Honorable Graham C. Mullen, Chief United States District Judge.

**SO ORDERED**.

**Signed: May 20, 2005**

David C. Keesler
United States Magistrate Judge